JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI OLIVARES,<br><br>        Plaintiff,<br>    vs.<br><br>LIVE HOMEZ LLC; ALEXANDER KOLOMINSKY, individual; BALBOA REAL ESTATE INC.<br><br>        Defendants. | Case No.: 5:26-cv-00471-KK-DTB<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

1

**ORDER**

The Court, having considered the Plaintiff's Request for Dismissal of Entire Case Without Prejudice, hereby ORDERS that:

1. Plaintiff's individual claims in the above-captioned action are dismissed without prejudice;

**IT IS SO ORDERED.**

Dated:  May 4, 2026

_____
Honorable Kenly Kiya Kato
United States District Judge

2

ORDER GRANTING DISMISSAL OF PARTY WITHOUT PREJUDICE